IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ENRIQUE DIAZ,

      Petitioner,

v.                                          4:17cv567–WS/HTC

JULIE L. JONES,

      Respondent.

_____

## ORDER DENYING PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed December 4, 2018. The magistrate judge recommends that Petitioner's amended petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 34) to the magistrate judge's report and recommendation. He also objects to the magistrate judge's order (ECF No. 31) denying his motion for leave to file a second amended petition.

After review of the record in light of Petitioner's objections, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted.

Although Petitioner attempted to couch his complaint in due-process and ex-post-facto terms, his complaint, in reality, raises a state law question that was resolved by the state courts on state law grounds. Thus, as the magistrate judge correctly recognized, Petitioner's claim provides no basis for federal habeas relief and is not cognizable in federal court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's amended petition for writ of habeas corpus (ECF No. 6) is DENIED.

3. Petitioner's objections to the magistrate judge's order (ECF No. 31) denying Petitioner's motion to file a second amended petition for writ of habeas corpus are overruled.

4. The clerk shall enter judgment stating: "Petitioner's amended petition for writ of habeas corpus is DENIED."

5. A certificate of appealability is DENIED. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this ___20th___ day of ___May___, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE